UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARMANDO GARCIA-GARCIA,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent | CIVIL NO. 05-1610(DRD)<br>re: Criminal 97-76-8(DRD)<br><br>Section 2255 |

## **JUDGMENT**

Pursuant to the Opinion and Order entered on even date, the Section 2255 Petition is hereby DENIED, and this case is now deemed closed for all administrative and statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of December, 2007.

s/ Daniel R. Domínguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE